UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| WEIJIE LU, | : | CASE NUMBER 3:23-cv-00138 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| UNIVERSITY OF DAYTON | : | |
| Defendant. | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes Plaintiff Weijie Lu, by and through undersigned counsel pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and hereby provides Notice of Dismissal *Without Prejudice*.

Respectfully submitted,

KEMP, SCHAEFFER, & ROWE CO., L.P.A.

By: /s/ Erica Ann Probst
　　Erica Ann Probst  #0073486
　　Andrea L. Salvino #0097768
　　88 West Mound Street
　　Columbus, Ohio 43215
　　(614) 232-8692
　　(614) 469-7170 (fax)
　　Email: Erica@ksrlegal.com
　　　　　Asalvino@ksrlegal.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on the 7th day of August 2023 via the Court's e-filing system, which will send electronic notice to the following:

Brian G. Dershaw
bdershaw@taftlaw.com

*Counsel for Defendant*

                                                By: /s/ Erica Ann Probst
                                                        Erica Ann Probst  #0073486
                                                        *Counsel for Plaintiff*